RENEE BOBO ROTHSCHILD v. MARK D. ROTHSCHILD.

September 11, 1987.

Petition for certification denied.

OLD BRIDGE TOWNSHIP BOARD OF EDUCATION v. OLD BRIDGE EDUCATION ASSOCIATION.

September 11, 1987.

Petition for certification denied.

FRIEMAN, JACK, C/O DONALD LEGOW v. TOWNSHIP OF RANDOLPH (MORRIS COUNTY).

WADLE & LOMAKIN ASSOCIATION v. TOWNSHIP OF EDISON.

September 11, 1987.

Petition for certification granted. (See 216 *N.J.Super.* 507)

CARLOS DAUPHIN AND MARTHA DAUPHIN, HIS WIFE v. LEWIS G. WEBB, FREDDIE L. RICHARDSON, AND TRANSPORT OF NEW JERSEY.

September 11, 1987.

Petition for certification denied.